

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00400-CV

Jose **MACIAS** and Brenda Rivera,
Appellants

v.

William Curtis **COGBURN**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4926
Honorable Bob Brendel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MASSEY BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are assessed against appellants.

SIGNED December 4, 2024.

_____
Lori I. Valenzuela, Justice